UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK



FEDERAL TRADE COMMISSION,

        Plaintiff,

v.

UNIFIED GLOBAL GROUP, LLC, ARM WNY, LLC, AUDOBON FINANCIAL BUREAU LLC, ANTHONY COPPOLA, and DOMENICO D'ANGELO,

        Defendants.

**ORDER TEMPORARILY SEALING FILE**

1:15-CV-00422 EAW

Upon consideration of the *ex parte* Motion of Plaintiff Federal Trade Commission to temporarily seal the file in this matter, and Plaintiff's accompanying memorandum, this Court finds that it is in the interest of justice and the public interest to grant Plaintiff's Motion. Accordingly,

**IT IS HEREBY ORDERED** that the entire file and docket in this matter, including all motions, memoranda of law, exhibits, and other supporting papers, as well as all orders of this Court, are temporarily sealed.

**IT IS FURTHER ORDERED** that this seal does not preclude the Clerk of the Court from providing counsel for Plaintiff with copies of any orders issued by the Court while the seal remains in effect, and this Order shall not be construed to prohibit Plaintiff from providing this Order, a temporary restraining order, or other pleadings and papers filed in this action to Defendants, process servers, law enforcement authorities, credit

reporting agencies, financial institutions or other persons who may hold assets of Defendants, custodians of business records of Defendants, consumer victims, or potential witnesses for a possible preliminary injunction hearing.

**IT IS FURTHER ORDERED** that, unless otherwise ordered or provided, this seal shall dissolve the earlier of: (a) five business days from the signing and entry of a temporary restraining order in this case; or (b) upon the Clerk's receipt of written notice from Plaintiff that service of a temporary restraining order or other interim order has been made upon all Defendants or that there is no further need to keep the materials under seal.

SO ORDERED.

_____
ELIZABETH A. WOLFORD
United States District Judge

Dated: May 12, 2015
Rochester, New York